AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>*Plaintiff* )<br>v. )<br>MICHAEL QUIGLEY and BRIAN QUIGLEY )<br>*Defendant* ) | Case No.  17-cv-04695 (LDW) (AKT) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Securities and Exchange Commission                                                                                 .

Date:    08/11/2017

/s/ George N. Stepaniuk
*Attorney's signature*

George N. Stepaniuk (GS0184)
*Printed name and bar number*

Securities and Exchange Commission
Brookfield Place
200 Vesey Street, 4th Floor
New York, NY 10281-1022
*Address*

StepaniukG@SEC.gov
*E-mail address*

(212) 336-0173
*Telephone number*

(212) 336-1320
*FAX number*